**ETEHAD LAW, A Professional Corporation**
Simon P. Etehad, Esq., SBN. 186449
Steven Berkowitz, Esq. SBN. 124051
9454 Wilshire Boulevard, Suite 711
Beverly Hills, California 90212
t 310.550.1220 | f 888.266.5502 | e info@etehadlaw.com

Attorneys for Defendant Solutech Pharmaceuticals, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIVERA PHARMACEUTICALS, INC.**, a Delaware corporation<br><br>    Plaintiff,<br><br>    v.<br><br>**SOLUTECH PHARMACEUTICALS, LLC**<br><br>    Defendant. | **CASE NO.:  2:19-cv-09086-RGK-JC**<br><br>Hon. R. Gary Klausner, Ctrm 850<br><br>DEFENDANT'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS<br><br>Date:  January 13, 2020<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 850 |

**TO PLAINTIFF AND TO ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 13, 2020, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 850 of the Roybal Federal Building, 255 East Temple Street, Los Angeles, California, 90012, Defendant Solutech Pharmaceuticals, LLC ("Solutech") will and hereby does move the Court pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss

- 1 -

**MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff's claims on the grounds that the Court lacks subject matter jurisdiction because there is a lack of diversity of citizenship. Solutech therefore respectfully requests that the Court dismiss Vivera Pharmaceuticals, Inc's Complaint, with prejudice.

Solutech's Motion is based on this notice and the separate but concurrently-filed Memorandum of Points and Authorities, Declarations of Simon P. Etehad and Joseph Kohan, all pleadings and papers on file herein, and on such other evidence and oral argument as the Court may consider.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on December 5, 2019.

DATED: December 12, 2019　　　　　　　　　　**ETEHAD LAW, APC**

By: */s/ Steven Berkowitz*---------------
Steven Berkowitz
Attorney for Defendant Solutech Pharmaceuticals, LLC

- 2 -

**MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**