BUCHALTER
Oren Bitan, Esq. [SBN. 251056]
obitan@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Direct (213) 891-5012
Fax (213) 630-5633

FISHERBROYLES, LLP
Anthony J. Calamunci, Esq. [*pro hac vice*]
anthony.calamunci@fisherbroyles.com
600 Superior Avenue East
Fifth Third Building, Suite 1300
Cleveland, Ohio 44114
Direct 567-455-5257
Fax 484-251-7797

Attorneys for Plaintiff,
Vivera Pharmaceuticals, Inc.

ETEHAD LAW
Simon P. Etehad, Esq. [SBN. 186449]
simon@etehadlaw.com
9454 Wilshire Boulevard., Suite 711
Beverly Hills, CA 90212
Direct (310) 550-1220
Fax (888) 266-5502

Attorney for Defendant,
Solutech Pharmaceuticals, LLC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVERA PHARMACEUTICALS, INC., a Delaware corporation, <br><br>              Plaintiff, <br><br> v. <br><br> SOLUTECH PHARMACEUTICALS, LLC, an Arizona limited liability company, <br><br>              Defendant. | Case No. 2:19-cv-09086-RGK-JC <br><br> Hon. R. Gary Klausner <br><br> **STIPULATED DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims brought on behalf of Plaintiff, Vivera Pharmaceuticals, Inc., be dismissed without prejudice, each party to bear its own costs.

Dated: December 20th, 2019

SEEN AND AGREED:

*/s/ Oren Bitan*
Oren Bitan, Esq.  [SBN. 251056]
BUCHALTER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Direct (213) 891-5012
Fax (213) 630-5633
obitan@buchalter.com

Attorneys for Plaintiff,
Vivera Pharmaceuticals, Inc.

-AND-

SEEN AND AGREED:

*/s/ Simon P. Etehad*
Simon P. Etehad, Esq. [SBN. 186449]
ETEHAD Law
9454 Wilshire Boulevard., Suite 711
Beverly Hills, CA 90212
Direct (310) 550-1220
Fax (888) 266-5502
simon@etehadlaw.com

Attorney for Defendant,
Solutech Pharmaceuticals, LLC.

SEEN AND AGREED:

*/s/ Anthony J. Calamunci*
Anthony J. Calamunci [pro hac vice]
FISHERBROYLES, LLP
6800 W. Central Avenue, Suite E
Toledo, OH 43617
Direct (567) 455-5257
Fax (484) 251-7797
anthony.calamunci@fisherbroyles.com